# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Karina June Starr, | ) | Case No.  1:21-cr-021 |
| | ) | |
| Defendant. | ) | |

Defendant was previously ordered detained pending trial.  She is presently being housed at the Heart of America Correctional and Treatment Center in Rugby, North Dakota.

On May 4, 2021, defendant filed a Motion to Reconsider Detention Order.  (Doc. No. 22). Defendant has secured a placement at an inpatient treatment program in Bowling Green, Kentucky, operated by JourneyPure.  She requested to be released on May 7, 2021, so that she could travel to and participate in the treatment program.  She provided the court with a detailed travel itinerary. She has made arrangement to fly to Nashville, Tennessee, where she would be met by staff from JourneyPure and transported to JourneyPure's treatment facility in Kentucky.

On May 6, 2021, the court issued an order granting defendant's motion and conditionally releasing her on May 7, 2021.  Minutes after the court had issued its order, defendant filed a motion requesting the court to amend it, advising that she had rescheduled her flight to Nashville for May 10, 2021, at 5:57 PM CDT.

The court **GRANTS** defendant's motion to amend its May 6, 2021, order. (Doc.  No. 24). Defendant shall be released no earlier than 12:00 noon on May 10, 2021, to her father, Kenneth Starr, for transport to location for a rapid COVID test and then to the airport in Minot, from where she will depart for Nashville.  Upon arriving in Nashville, defendant shall travel Bowling Green,

Kentucky, as planned and report to JourneyPure's treatment facility. While on release, defendant shall comply with the following conditions:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as a positive test.

(4) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(5) Defendant shall reside JourneyPure's treatment facility, fully participate in its programming, and comply with all of its rules and regulations. Upon her arrival, she shall contact Pretrial Services Officer Bobby Wiseman at (701) 530-2414. She shall thereafter check in with the Pretrial Services Office as it directs.

(6) Defendant shall sign all releases of information requested by the Pretrial Services Officer so that her progress and participation in treatment may be monitored.

(7) Upon her discharge from the treatment program, defendant shall immediately return Bismarck, North Dakota, and report to the United States Marshal's office with the understanding that she shall be detained pending further order of the court.

(8)    At least four days before her discharge, or upon termination from, the inpatient program, defendant shall provide the Pretrial Services Office with her travel itinerary back to North Dakota.

**IT IS SO ORDERED**.

Dated this 7th day of May, 2021.

>                              */s/ Clare R. Hochhalter*
>                              Clare R. Hochhalter, Magistrate Judge
>                              United States District Court